IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY M. DAVIS, JR.,

        Plaintiff,                    JUDGMENT IN A CIVIL CASE

    v.                                     Case No. 13-cv-842-wmc

SGT. SCHNEIDER, *et al.*,

        Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case pursuant to Fed. R. Civ. P. 41(b) for plaintiff Jeffrey M. Davis Jr.'s failure to submit a properly supported motion for leave to proceed *in forma pauperis* along with a certified copy of his inmate trust fund account statement.

    /s/ E. Clark, Deputy Clerk        1/10/2014

                                                   Date

Peter Oppeneer, Clerk of Court